**LAMBERT BROS., Inc., Appellant,**

v.

**ATLAS POWDER COMPANY, Appellee.**

No. 12642.

United States Court of Appeals
Sixth Circuit.

April 25, 1956.

Howard F. Jarvis, Knoxville, Tenn., Kramer, Dye, McNabb & Greenwood, Knoxville, Tenn., for appellant.

Frantz, McConnell & Seymour, Knoxville, Tenn., for appellee.

Before ALLEN, MARTIN and STEWART, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment for the appellee entered upon a jury verdict in appellant's action for damages resulting from a premature explosion in its rock quarry of dynamite manufactured and sold by appellee. The case was ably and thoroughly contested in the trial court by counsel for the parties. A careful review of the record convinces us that no error prejudicial to the appellant was committed by the district court, either in the admission or exclusion of evidence or in instructing the jury.

The judgment of the district court is therefore affirmed.

---

**UNITED STATES of America, Appellant,**

v.

**Herman KNOP and Dorothy Owen Knop.**

No. 15513.

United States Court of Appeals
Eighth Circuit.

April 17, 1956.

Charles K. Rice, Asst. Atty. Gen., and Harry W. Shackelford, U. S. Atty., Omaha, Neb., for appellant.

David W. Swarr and Edson Smith, Omaha, Neb., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties. Owen v. U. S., 134 F.Supp. 31.